Angela Elane BROWN, n/k/a Angela Elane Waite, Respondent,

v.

Johnny Jack BROWN, Appellant.

No. WD 68695.

Missouri Court of Appeals, Western District.

May 20, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2008.

Daniel J. Pingelton, Columbia, MO, for appellant.

Jay W. Kimmons, III, Moberly, MO, for respondent.

Before PAUL M. SPINDEN, P.J., JAMES EDWARD WELSH, and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Johnny Jack Brown appeals the circuit court's judgment modifying the custody arrangement for his son from joint physical custody to sole physical custody to his

---

ex-wife, Angela Elane Brown. We affirm. Rule 84.16(b).